UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| Aaliyah Butler, | ) | |
| Debtor. | ) | CASE NO. 22-51639 - JWC |

## WITHDRAWAL OF DOCUMENT

COMES NOW Debtor and hereby withdraws the motion to avoid lien filed in this case on March 28, 2022, Docket No. 11.

Respectfully submitted,

**KING & KING LAW LLC**

By: /s/ Maiwand Jalalzai
Maiwand Jalalzai, Attorney for Debtor
GA Bar Number 893631
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400/notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 |
| Aaliyah Butler, | ) |
| Debtor. | ) CASE NO. 22-51639 - JWC |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Withdrawal of Document" upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC 2964 Peachtree Rd., Suite 555, Atlanta, GA 30305

Aaliyah Butler
4433 Heavitree Court
Stone Mountain, GA 30083

DPR JOHNS CREEK, LLC
270 South Service Road,
Suite 45
Melville, NY 11747

Date April 28, 2022                     **KING & KING LAW LLC**

By: /s/ Maiwand Jalalzai
Maiwand Jalalzai, Attorney for Debtor
GA Bar Number 893631
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400/notices@kingkingllc.com